IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEDRICK J. HIBBLER,

    Petitioner,

v.

WISCONSIN DEPT. OF CORRECTIONS,

    Respondent.

ORDER

Case No. 18-cv-941-bbc

    Petitioner Sedrick J. Hibbler seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has submitted a request for leave to proceed without prepayment of the filing fee. (Dkt. # 2). The court cannot consider this request, however, because it lacks supporting documentation regarding petitioner's eligibility for indigent status. For this case to move forward, petitioner must either pay the $5 filing fee or submit a certified inmate account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this habeas corpus petition. If petitioner does not submit either the $5 filing fee or a trust fund account statement before December 7, 2018, the court will assume that petitioner wishes to withdraw this action voluntarily and will dismiss the petition.

ORDER

    IT IS ORDERED that:

    1.    The motion for leave to proceed without prepayment of the filing fee (Dkt. # 2) is DENIED at this time.

2.      No later than December 7, 2018, petitioner Sedrick J. Hibbler shall pay the $5 filing fee or submit a certified copy of petitioner's inmate account statement for the six-month period from the date of the habeas petition (November 6, 2018 through at least May 7, 2018).

3.      If petitioner fails to pay the $5 filing fee, comply as directed, or show cause for failure to do so, the court will assume the petitioner wishes to withdraw this petition.

Entered this 15th day of November, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge