IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEDRICK HIBBLER,

    Petitioner,

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 18-cv-941-bbc

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing petitioner Sedrick Hibbler's petition for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice.

| /s/ | 1/2/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |